In the Matter of MICHAEL TSCHORNYI, Petitioner, against COUNTY COURT OF THE COUNTY OF TOMPKINS et al., Respondents.— Motion to dismiss appeal from an order dismissing proceeding under article 78 in the nature of prohibition. It may well be, as the court held and as the District Attorney argues, that

the proceeding was improper but that is a matter which goes to the merits of the appeal and cannot be made the basis for a motion to dismiss the appeal. Motion denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.